# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>LENARD, JOAN A. | 2. Court or Organization<br><br>DISTRICT COURT, SOUTHERN DISTRICT OF FL | 3. Date of Report<br><br>05/1/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

400 NORTH MIAMI AVENUE
SUITE 12-1
MIAMI, FLORIDA 33128

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1996 | STATE OF FLORIDA RETIREMENT PLAN (VESTED) |
| 2. 1996 | STATE OF FLORIDA DEFERRED COMPENSATION ACCOUNT |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | ADJUNCT FACULTY,UNIV. OF MIAMI SCHOOL OF LAW |
| 2. 2011 | GENERAL COUNSEL, MIAMI-DADE LEAGUE OF CITIES |
| 3. 2011 | CITY OF NORTH MIAMI BEACH DEFINED BENEFIT PENSION |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FIRSTSOUTHERN BANK, CITY NATIONAL BANK | WAREHOUSE PROPERTIES | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO BANK (formerly WACHOVIA BANK) | A | Interest | K | T | | | | | |
| 2. WELLS FARGO BANK #2 (formerly WACHOVIA BANK #2) | A | Interest | K | T | | | | | |
| 3. WELLS FARGO BANK #3 (formerly WACHOVIA BANK #3) | A | Interest | L | T | | | | | |
| 4. WELLS FARGO BANK #4 (formerly WACHOVIA BANK #4) | C | Interest | M | T | | | | | |
| 5. BANK ATLANTIC | C | Interest | M | T | | | | | |
| 6. BBT BANK | A | Interest | J | T | | | | | |
| 7. FIRST SOUTH. BANK | C | Interest | O | T | | | | | |
| 8. 1ST BANK | C | Interest | O | T | | | | | |
| 9. MERCANTIL COMMERCEBANK(X) | C | Interest | M | T | Open | 06/21/11 | M | | |
| 10. AMERICAN EXPRESS BANK,FSB(X) | A | Interest | M | T | Open | 06/06/11 | M | | |
| 11. ING DIRECT | B | Interest | M | T | | | | | |
| 12. VANGUARDPRIME MONEY MARKET FUND | A | Dividend | M | T | | | | | |
| 13. VANGUARD TAX-EXEMPT MONEY MARKET FUND | B | Dividend | N | T | | | | | |
| 14. VANGUARD FLORIDA INSURED LONG TERM TAX-EXMPT FUND | C | Dividend | M | T | | | | | |
| 15. VANGUARD HIGH YIELD TAX-EXEMPT FUND | C | Dividend | M | T | | | | | |
| 16. NORTHEAST INV. TRUST | D | Dividend | L | T | | | | | |
| 17. STOCKS/SECURITIES | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DETROIT EDISON-COMMON | B | Dividend | L | T | | | | | |
| 19. NI SOURCE-COMMON | B | Dividend | K | T | | | | | |
| 20. GYRODYNE CO'S.-COMMON | | None | J | T | | | | | |
| 21. AT&T-COMMON | B | Dividend | K | T | | | | | |
| 22. LSI LOGIC CORP.-COMMON | | None | J | T | | | | | |
| 23. AT&T- COMMON | B | Dividend | L | T | | | | | |
| 24. BOEING-COMMON | C | Dividend | M | T | | | | | |
| 25. CMS ENERGY-COMMON | A | Dividend | J | T | | | | | |
| 26. CONS. EDISON-COMMON | A | Dividend | J | T | | | | | |
| 27. BANK OF AMERICA-COMMON | A | Dividend | J | T | | | | | |
| 28. CHEMTURA CORP.-COMMON | | None | J | T | | | | | |
| 29. DYNEGY ENERGY-COMM | | None | J | T | | | | | |
| 30. DUFF & PHELEPS-COMMON | A | Dividend | J | T | | | | | |
| 31. NEXTERA ENERGY-COMMON | A | Dividend | J | T | | | | | |
| 32. INTEL CORP.-COMMON | A | Dividend | K | T | | | | | |
| 33. ALCATEL LUCENT-COMMON | | None | J | T | | | | | |
| 34. NOKIA CORP.-COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DREYFUS MUNICIPAL INCOME-COMMON(X) | A | Dividend | J | T | | | | | |
| 36. WESTERN ASSET MANAGED MUNICIPALS FUND,INC.-COMMON(X) | A | Dividend | J | T | | | | | |
| 37. MERCK-COMMON | A | Dividend | K | T | | | | | |
| 38. VODAPHONE-COMMON | A | Dividend | K | T | | | | | |
| 39. VERIZON COMM.-COMMON | A | Dividend | J | T | | | | | |
| 40. ENTERGY CORP.-COMMON | A | Dividend | J | T | | | | | |
| 41. QUEST COMM.-COMMON | A | Dividend | | | Merged (with line 42) | 04/01/11 | J | | |
| 42. CENTURYLINK,INC.(X) | A | Dividend | J | T | | | | | |
| 43. AT&T-COMMON | A | Dividend | K | T | | | | | |
| 44. CISCO-COMMON | A | Dividend | M | T | | | | | |
| 45. ORACLE-COMMON | A | Dividend | L | T | | | | | |
| 46. BANK ATLANTIC-COMMON | | None | J | T | | | | | |
| 47. BLACKROCK FL MUNICIPAL FUND | B | Interest | K | T | | | | | |
| 48. SPANISH BROADCASTING SYSTEM-COMMON | | None | J | T | | | | | |
| 49. COMCAST CORP.-COMMON | A | Dividend | J | T | | | | | |
| 50. BFC FINANCIAL CORP.-COMMON | | None | J | T | | | | | |
| 51. EATON VANCE MUNICIPAL MUTUAL FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   INVESTMENT PROJECTS | | | | | | | | | |
| 53.   PIER ONE IMPT/OCALA,FL | D | Rent | L | U | | | | | |
| 54.   COMM'L DEVLP/LEHMN,NORTH MIAMI BEACH,FL | E | Rent | N | U | | | | | |
| 55.   NMB CMMRC CTR.LLC,NORTH MIAMI BEACH,FL | F | Rent | P1 | U | | | | | |
| 56.   SELECT FUNDING ASSOC.,FL | A | Interest | J | T | | | | | |
| 57.   SELECT/PEABODY,MA | A | Rent | | | Expired | 12/30/11 | | | TENANT BANKRUPTCY |
| 58.   SELECT ATTLEB.,OCALA,FL | D | Rent | L | U | | | | | |
| 59.   RETIREMENT ACCOUNTS | | | | | | | | | |
| 60.   OPPENHEIMER FUNDS:M/MF # 1 | B | Interest | K | T | | | | | |
| 61.   OPPENHEIMER FUNDS:GNMA # 2 | C | Dividend | K | T | | | | | |
| 62.   WELLS FARGO FUND/EQUITY | | None | K | T | | | | | |
| 63.   WELLS FARGO FUND/VALUE | | None | J | T | | | | | |
| 64.   FEDERATED KAUFMANN FUND | | None | K | T | | | | | |
| 65.   FIDELITY (IRA) | A | Interest | K | T | | | | | |
| 66.   THORNBERG MORTGAGE,INC. | | None | J | T | | | | | |
| 67.   LADENBURG THALMANN FINANCIAL SERVICES,INC. | | None | J | T | | | | | |
| 68.   OPKO HEALTH,INC. | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. GENERAL ELECTRIC-COMMON | A | Dividend | J | T | | | | | |
| 70. WINDSTREAM CORP.-COMMON | A | Dividend | J | T | | | | | |
| 71. PENN VIRGINIA RESOURCE PARTNERS-COMMON | A | Dividend | J | T | | | | | |
| 72. CONOCO PHILLIPS-COMMON | A | Dividend | J | T | | | | | |
| 73. DOMINION RESOURCES BLACK WARRIOR TRUST-COMMON(X) | A | Dividend | J | T | | | | | |
| 74. FL-DEF. BEN.PNSN.(VESTED) | | None | M | W | | | | | |
| 75. FL-DEFFERR.COMP.PLN | A | Interest | L | T | | | | | |
| 76. ICMA-457 DEF.COMP. | D | Interest | M | T | | | | | |
| 77. FIDELITY ANNUITY | | None | N | T | | | | | |
| 78. OPPENHEIMER FDS:M/MF #1 | B | Interest | K | T | | | | | |
| 79. OPPENHEIMER FDS:GMMA #2 | B | Dividend | K | T | | | | | |
| 80. FIDELITY CASH RES. | A | Interest | J | T | | | | | |
| 81. CHEMTURA-COMMON | | None | J | T | | | | | |
| 82. ENTERGY CORP.-COMMON | A | Dividend | J | T | | | | | |
| 83. ALCATEL LUCENT-COMMON | | None | J | T | | | | | |
| 84. EDISON INT.-COMMON | A | Dividend | J | T | | | | | |
| 85. UNISOURCE-COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  CISCO-COMMON | A | Dividend | J | T | | | | | |
| 87.  HEWLETT-PACKARD- COMMON | A | Dividend | J | T | | | | | |
| 88.  GENERAL ELECTRIC-COMMON | A | Dividend | J | T | | | | | |
| 89.  OTHER ACCOUNTS | | | | | | | | | |
| 90.  CON.EDISON-COMMON | C | Dividend | M | T | | | | | |
| 91.  WENDY'S ARBY GROUP,INC. | A | Dividend | J | T | | | | | |
| 92.  TIM HORTONS | A | Dividend | J | T | | | | | |
| 93.  JANUS GLOBAL TECH. | | None | | | Closed | 09/15/11 | J | | |
| 94.  JANUS ENTERPRISE FUND | | None | | | Closed | 09/15/11 | J | | |
| 95.  JANUS ORION FUND | | None | | | Closed | 09/15/11 | J | | |
| 96.  JANUS GROWTH &INCOME FUND | A | Dividend | | | Closed | 09/15/11 | J | | |
| 97.  JANUS VENTURE FUND | A | Dividend | | | Closed | 09/15/11 | J | | |
| 98.  JANUS FUND | | None | | | Closed | 09/15/11 | J | | |
| 99.  JANUS TWENTY FUND | A | Dividend | | | Closed | 09/15/11 | J | | |
| 100.  U.S.SAVINGS BONDS | B | Interest | K | T | | | | | |
| 101.  ISRAEL SAVINGS BONDS | A | Interest | K | W | | | | | |
| 102.  FL PREPAID TUITION PLAN | | None | J | W | Redeemed (part) | 01/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CHEMTURA CORP.-COMMON | | None | J | T | | | | | |
| 104. NEUBERGER & BERMAN GUARDIAN FUND | A | Dividend | | | Closed | 03/16/11 | J | | |
| 105. COCACOLA ENT.-COMMON | A | Dividend | J | T | | | | | |
| 106. BK ATLANTIC-COMMON | | None | J | T | | | | | |
| 107. VIACOM-COMMON | A | Dividend | J | T | | | | | |
| 108. CBS-COMMON | A | Dividend | J | T | | | | | |
| 109. COVERDELL EDUCATIONAL IRAS | | None | | | Closed | 05/11/11 | J | | |
| 110. SELIGMAN COMMUNICATION & INFORMATION FUND | | None | | | Closed | 05/10/11 | J | | |
| 111. ALLIANCE TECHNOLOGY FUND | | None | | | Closed | 05/10/11 | J | | |
| 112. DAVIS FINANCIAL FUND | | None | | | Closed | 05/17/11 | J | | |
| 113. DAVIS N.Y. VENTURE FUND | | None | | | Closed | 05/17/11 | J | | |
| 114. DELL INC.-COMMON | | None | J | T | | | | | |
| 115. SEMPRA ENERGY-COMMON | A | Dividend | J | T | | | | | |
| 116. CONSTELLATION ENERGY-COMMON | A | Dividend | J | T | | | | | |
| 117. DISNEY CORP.-COMMON | A | Dividend | J | T | | | | | |
| 118. BP AMOCO -COMMON | A | Dividend | J | T | | | | | |
| 119. FRONTIER COMM.-COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  DAIMLER AG-COMMON | A | Dividend | J | T | | | | | |
| 121.  EXELON CORP.-COMMON | A | Dividend | J | T | | | | | |
| 122.  NORTHEAST UTILITIES-COMMON | A | Dividend | J | T | | | | | |
| 123.  PG & E CORP.-COMMON | B | Dividend | L | T | | | | | |
| 124.  CISCO -COMMON | A | Dividend | K | T | | | | | |
| 125.  COMCAST-COMMON | A | Dividend | J | T | | | | | |
| 126.  PFIZER-COMMON | A | Dividend | J | T | | | | | |
| 127.  CITIGROUP-COMMON | A | Dividend | J | T | | | | | |
| 128.  ENERPLUS RESOURCE FUND(X) | A | Dividend | J | T | | | | | |
| 129.  BCE,INC.-COMMON | A | Dividend | J | T | | | | | |
| 130.  WASTE MANAGEMENT-COMMON | A | Dividend | J | T | | | | | |
| 131.  CONSTELLATION ENERGY-COMMON | A | Dividend | J | T | | | | | |
| 132.  DUKE ENERGY-COMMON | A | Dividend | J | T | | | | | |
| 133.  ENTERPRISE PRODUCTS PARTNERS-COMMON | A | Dividend | J | T | | | | | |
| 134.  CENTERPOINT ENERGY-COMMON | A | Dividend | J | T | | | | | |
| 135.  GLAXOSMITHKLEIN-COMMON | A | Dividend | J | T | | | | | |
| 136.  NCR CORP-COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LENARD, JOAN A. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  TERADATA CORP.-COMMON | A | Dividend | J | T | | | | | |
| 138.  MICROSOFT CORP.-COMMON(X) | A | Dividend | J | T | Buy | 08/08/11 | J | | |
| 139.  NUVEEN ADVANTAGE MUNICIPAL FUND(X) | A | Dividend | J | T | Buy | 08/08/11 | J | | |
| 140.  CELLCOM ISRAEL LTD.-COMMON(X) | A | Dividend | J | T | Buy | 08/02/11 | J | | |
| 141.  PENN-VIRGINIA RESOURCES CORP.-COMMON(X) | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 142.  TEEKAY TANKERS,INC.-COMMON(X) | A | Dividend | J | T | Buy | 04/18/11 | J | | |
| 143.  NEW YORK COMMUNITY BANK CORP.-COMMON(X) | A | Dividend | J | T | Buy | 06/15/11 | J | | |
| 144.  VALERO ENERGY CORP.-COMMON(X) | A | Dividend | J | T | Buy | 08/22/11 | J | | |
| 145.  BERKSHIRE HATHAWAY /B-COMMON(X) | | None | J | T | Buy | 06/15/11 | J | | |
| 146.  ANNALY CAPITAL MANAGEMENT, INC.-COMMMON(X) | A | Dividend | J | T | Buy | 08/04/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| LENARD, JOAN A. | 05/1/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOAN A. LENARD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544